# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCO DANOVARO,<br><br>        Petitioner,<br><br>    v.<br><br>AMY MILLER, Warden,<br><br>        Respondent. | Case No. CV 13-7281 VAP (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: _October 17, 2013__

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE